No. 633. RICHMOND, FREDERICKSBURG & POTOMAC R. Co. v. McCARL, COMPTROLLER GENERAL. March 13, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. W. G. Brantley, Henry W. Anderson, and E. Randolph Williams* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour* and *W. Marvin Smith* for respondent.

No. 639. CONSOLIDATED PAPER CO. v. UNITED STATES. March 13, 1933. Petition for writ of certiorari to the Court of Claims denied. *Mr. Jesse I. Miller* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Charles F. Kincheloe, Erwin N. Griswold,* and *H. Brian Holland* for the United States.

No. 649. CROCKER, TRUSTEE IN BANKRUPTCY, v. KAY, ADMINISTRATRIX. March 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Roscoe C. Nelson* for petitioner. *Mr. James G. Wilson* for respondent.

No. 650. WILSON v. BORDEN. March 13, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Rossa F. Downing* and *Joseph J. Malloy* for petitioner. *Mr. H. Mason Welch* for respondent.

No. 661. SAVANNAH SUGAR REFINING CORP. v. UNITED STATES. March 13, 1933. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied.